Eric Earl Jarrell
King, LeBlanc & Bland
201 St. Charles Ave., Ste 4500
New Orleans LA 70170

Elizabeth S. Wheeler
LeBlanc & Bland
909 Poydras St., Ste 1860
New Orleans LA 70112

Michael D. Roche
King, LeBlanc, & Bland
201 St. Charles Ave., #4500
New Orleans LA 70170

Rebecca H. Dietz
King, LeBlanc & Bland
201 St. Charles Ave., #4500
New Orleans LA 70170

Phillip A. Wittmann
Stone, Pigman, Walther
546 Carondelet St.
New Orleans LA 70130

Daria B Diaz
Stone, Pigman, Walther
546 Carondelet St.
New Orleans LA 70130

Jackie M. McCreary
Stone, Pigman, Walther
546 Carondelet St.
New Orleans LA 70130

Justin P. Lemaire
Stone, Pigman, Walther, Wittma
546 Carondelet St.
New Orleans LA 70130-3588

**REHEARING ACTION: April 30, 2008**

**Docket Number: 07   01145-CW**

**JOHN L. GERMANY, ET AL**
**VERSUS**
**TEXACO, INC., ET AL**

**Writ Application from Iberia Parish Case No. 101775**

**BEFORE JUDGES:**

**Hon. John D. Saunders**
**Hon. Jimmie C. Peters**
**Hon. Michael G. Sullivan**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **ConocoPhillips Company** has this day been

**DENIED.**

Also, the motion for en banc rehearing filed by **ConocoPhillips Company** has this day

been

**DENIED.**

cc: Scott C. Sinclair, Counsel for  the Respondent
    Patrick Wise Gray, Counsel for  the Respondent
    Patricia Elise Weeks, Counsel for  the Respondent
    John Paul Gonzalez, Counsel for  the Respondent
    Victor L. Marcello, Counsel for  the Respondent

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**